IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   v.<br><br>Brittany Arms, LLC,<br><br>        Defendant.<br>_____ | 2:11-cv-00628-GEB-DAD<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a "Notice of Settlement" on June 13, 2011, in which he states: "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 8.)

        Therefore, a dispositional document shall be filed no later than July 13, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on June 27, 2011, is continued to commence at 9:00 a.m. on August 29, 2011, in the event no dispositional document is filed, or if this action is not

1

1  otherwise dismissed.[1]  A joint status report shall be filed fourteen (14)
2  days prior to the status conference.
3          IT IS SO ORDERED.
4  Dated:  June 17, 2011
5
6                                    _____
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

---

[1]    The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2